SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br><br>   vs.<br><br>Doris L. Azevedo et al,<br><br>      Defendants | Case No. **2:09-cv-01333-GEB-EFB**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: August 10, 2009<br>Time: 9:00am<br>Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from August 10, 2009 to September 21, 2009. Plaintiff's process server served Defendant, Doris L. Azevedo on July 1, 2009; which would give this Defendant until July 21, 2009 to file an answer. Plaintiff's process server served Defendant, James Mervin Henry Bergh on July

9, 2009; which would give this Defendant until July 29, 2009 to file an answer. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff is to serve Defendants within 120 days of filing the complaint. This complaint was filed on May 14, 2009. A continuance to September 21, 2009 for the status conference will give the Defendants ample time to answer Plaintiff's complaint.

Dated:  July 21, 2009          /s/Scott N. Johnson _____

                               Scott N. Johnson,

                               Attorney for Plaintiff


**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to September 21, 2009.

8/4/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-01333-GEB-EFB - 2