IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,                          )
                                        )     2:09-cv-01333-GEB-KJN
                Plaintiff,              )
                                        )
        v.                              )     ORDER RE: SETTLEMENT AND
                                        )     DISPOSITION
DORIS L. AZEVEDO; JAMES MARVIN          )
HENRY BERGH,                            )
                                        )
                Defendants.             )
_____        )

        Plaintiff filed a "Notice of Settlement" on April 7, 2011, in
which he states, "the parties have settled this action[, and
d]ispositional documents will be filed within (30) calendar days." (ECF
No. 18.)

        Therefore, a dispositional document shall be filed no later
than May 9, 2011. Failure to respond by this deadline may be construed
as consent to dismissal of this action without prejudice, and a
dismissal order could be filed.  See L.R. 160(b) ("A failure to file
dispositional papers on the date prescribed by the Court may be grounds
for sanctions.").

        Further, the final pretrial conference scheduled for April 18,
2011, is continued to commence at 11:00 a.m. on May 23, 2011, in the
event no dispositional document is filed, or if this action is not

1

otherwise dismissed.[1]  A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

         IT IS SO ORDERED.

Dated:  April 8, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

    [1]    The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).